UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>APPLIED REHAB & PHYSICAL THERAPY LLC d/b/a APPLIED REHAB; ELITE CHIROPRACTIC CENTER, P.C.; CORE HEALTH PLLC; KALLIL KAZAN, D.C.; NAIM KHANAFER, D.C.; and NAIEL SALAMEH, D.C.,<br><br>Defendants. | C.A. No. 2:20-cv-12407-PDB-APP |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS APPLIED REHAB & PHYSICAL THERAPY LLC d/b/a APPLIED REHAB, ELITE CHIROPRACTIC CENTER, P.C., CORE HEALTH PLLC, KALLIL KAZAN, D.C., NAIM KHANAFER, D.C., AND NAIEL SALAMEH, D.C.**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance

1

Insurance Company, and Esurance Property and Casualty Insurance Company (hereinafter collectively referred to as "Allstate") and defendants Applied Rehab & Physical Therapy LLC d/b/a Applied Rehab ("Applied Rehab"), Elite Chiropractic Center, P.C. ("Elite Chiropractic"), Core Health PLLC ("Core Health"), Kallil Kazan, D.C. ("Kazan"), Naim Khanafer, D.C. ("Khanafer"), and Naiel Salameh, D.C. ("Salameh") (hereinafter collectively referred to as the "defendants"), by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed with prejudice as to the defendants without costs or fees of any kind to any party.  It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 12th DAY OF JULY, 2021:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company,* | *Applied Rehab & Physical Therapy LLC d/b/a Applied Rehab, Elite Chiropractic Center, P.C., Core Health PLLC, Kallil Kazan, D.C., Naim Khanafer, D.C., and Naiel Salameh, D.C.,* |
| By their Attorneys, | By their Attorneys, |
| */s/ Jacquelyn A. McEttrick* | */s/ Peter W. Joelson* |
| Richard D. King, Jr.<br>rking@smithbrink.com<br>Nathan A. Tilden (P76969)<br>ntilden@smithbrink.com<br>Jacquelyn A. McEttrick<br>jmcettrick@smithbrink.com<br>John D. Tertan<br>jtertan@smithbrink.com<br>SMITH & BRINK<br>350 Granite St., Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214<br><br>38777 Six Mile Rd., Suite 314<br>Livonia, MI 48152<br>(734) 521-9000 | Peter W. Joelson (P51468)<br>pwj@jrlawplc.com<br>Emily R. Warren (P76675)<br>ewarren@jrlawplc.com<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-9966<br><br>Gary R. Blumberg (P29820)<br>gblumberg@blumbergpc.com<br>GARY R. BLUMBERG, PC<br>19855 W. Outer Drive<br>Suite 206-E<br>Dearborn, MI 48124<br>(313) 230-1121 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ESURANCE INSURANCE COMPANY; and ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APPLIED REHAB & PHYSICAL THERAPY LLC d/b/a APPLIED REHAB; ELITE CHIROPRACTIC CENTER, P.C.; CORE HEALTH PLLC; KALLIL KAZAN, D.C.; NAIM KHANAFER, D.C.; and NAIEL SALAMEH, D.C., <br><br> Defendants. | C.A. No. 2:20-cv-12407-PDB-APP |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS APPLIED REHAB & PHYSICAL THERAPY LLC d/b/a APPLIED REHAB, ELITE CHIROPRACTIC CENTER, P.C., CORE HEALTH PLLC, KALLIL KAZAN, D.C., NAIM KHANAFER, D.C., AND NAIEL SALAMEH, D.C.**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

4

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Applied Rehab & Physical Therapy LLC d/b/a Applied Rehab, Elite Chiropractic Center, P.C., Core Health PLLC, Kallil Kazan, D.C., Naim Khanafer, D.C., and Naiel Salameh, D.C. are hereby dismissed with prejudice and without costs to any party.  The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

IT IS SO ORDERED.

Dated: July 13, 2021
                                              s/Paul D. Borman
                                              Hon. Paul D. Borman
                                              United States District Judge